ACCEPTED
06-15-00073-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
10/2/2015 1:39:58 PM
DEBBIE AUTREY
CLERK

## IN THE COURT OF APPEALS
## SIXTH JUDICIAL DISTRICT
## TEXARKANA, TEXAS

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
10/2/2015 1:39:58 PM
DEBBIE AUTREY

| | | |
|---|---|---|
| **GRAYSON DAVID SMITH**<br>**Defendant – Appellant** | §<br>§<br>§<br>§ | |
| **VS.** | §<br>§ | Case No. 06-15-00073-CR |
| **STATE OF TEXAS**<br>**Plaintiff-Appellee.** | §<br>§<br>§ | |

## MOTION TO WITHDRAW APPEAL

COMES NOW Michael C. Lowe, attorney of record for Grayson David Smith, Defendant herein, and files this his Motion to Withdraw Appeal in the above-numbered cause and in support thereof would show the Court the following, to wit:

I.

Defendant, Grayson David Smith, no longer wishes to pursue this appeal.

II.

Defendant is currently on community supervision for 10 years.

III.

In case number 29458, Defendant was found guilty of the charge of Sexual Assault Child and sentenced to 10 years TDCJ but sentence was suspended and Defendant was placed on Community Supervision for 10 years.

WHEREFORE PREMISES CONSIDERED, Movant prays that the Motion to Withdraw Appeal be granted in this case.

**MOTION TO WITHDRAW APPEAL**                                                    **PAGE 1**

Respectfully submitted,

Michael Lowe
Board Certified - Criminal Law
Texas Board of Legal Specialization
State Bar No. 24007573
700 N. Pearl St., Suite 2170
Dallas, Texas 75201
Telephone: 214.526.1900
Facsimile: 214.748.4348

Attorney of Record for Defendant-Appellant
Grayson David Smith

Grayson David Smith
Appellant

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of this Motion to Withdraw Appeal was sent to the

District Attorney of Hunt County in accordance with the Texas Rules of Criminal Procedure on
this the 2nd day of ~~September~~ October, 2015.

Michael Lowe